## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:  CASE NO. 10-40001-TLH4
        CHAPTER 13

BEVERLY CAROL SPRINGER

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: BANK OF AMERICA HOME LOANS which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 410424 in the amount of 1,845.69 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
> OFFICE OF THE CHAPTER 13 TRUSTEE
> POST OFFICE BOX 646
> TALLAHASSEE, FL 32302
> ldhecf@earthlink.net
> (850) 681-2734 "Telephone"
> (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| BEVERLY CAROL SPRINGER<br>721 MILLARD STREET<br>TALLAHASSEE, FL 32301 | BANK OF AMERICA HOME LOANS<br>AKA COUNTRYWIDE<br>P.O.BOX 10219<br>VAN NUYS, CA 91410 |

AND

ERIC J. HAUGDAHL, ATTY.
922 E. LAFAYETTE ST., #F
TALLAHASSEE, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
> OFFICE OF CHAPTER 13 TRUSTEE

3/31/2011  4:24 pm / CR_213