**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:  CASE NO. 10-40001-TLH4
         CHAPTER 13
BEVERLY CAROL SPRINGER

        Debtor(s)      /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: BANK OF AMERICA HOME LOANS which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 415780 in the amount of 262.36 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                       /s/Leigh D. Hart or
                       /s/William J. Miller, Jr.
                         OFFICE OF THE CHAPTER 13 TRUSTEE
                         POST OFFICE BOX 646
                         TALLAHASSEE, FL 32302
                         ldhecf@earthlink.net
                         (850) 681-2734 "Telephone"
                         (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| BEVERLY CAROL SPRINGER<br>721 MILLARD STREET<br>TALLAHASSEE, FL 32301 | BANK OF AMERICA HOME LOANS<br>AKA COUNTRYWIDE<br>P.O.BOX 10219<br>VAN NUYS, CA 91410 |

AND

ERIC J. HAUGDAHL, ATTY.
922 E. LAFAYETTE ST., #F
TALLAHASSEE, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                       /s/Leigh D. Hart or
                       /s/William J. Miller, Jr.
6/23/2011 1:27 pm / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
```